IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIEREN WATSON                                                                                   PLAINTIFF

v.                                  No. 5:16-cv-379-DPM-JJV

JERRY MOORE, Mental Health Supervisor,
Cummins Unit, ADC; APRIL DYANN
GIBSON, Grievance Appeal Advisor,
Cummins Unit, ADC; J. JONES, Sergeant,
Cummins Unit, ADC; RORY L. GRFFIN,
Deputy Director for Health & Corr. Services,
ADC; WENDY KELLEY*, Director, Arkansas
Department of Correction; STRAUGHN,
Warden, Cummins Unit, ADC; KENNETH D.
STARKS, Captain, Cummins Unit, ADC;
VERNON R. ROBERTSON, Major/CSO Staff,
Cummins Unit, ADC; and BYERS, Warden,
Cummins Unit, ADC                                                                            DEFENDANTS

ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Watson's claims against Gibson, Grffin, Kelley, Straughn, Starks, Robertson, and Byers are dismissed without prejudice.

---

*The Court directs the Clerk to correct the spelling of Director Kelley's name on the docket.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2017