IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIEREN WATSON     PLAINTIFF

v.     No. 5:16-cv-379-DPM

JERRY MOORE, Mental Health Supervisor,
Cummins Unit, ADC; and JEREMY JONES,
Sergeant, Cummins Unit, ADC     DEFENDANTS

ORDER

Unopposed recommendation, № 16, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Moore and Jones's motion for summary judgment, № 13, is granted. Watson's claims against them will be dismissed without prejudice for failure to exhaust administrative remedies. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 May 2017