IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIEREN WATSON                                                                          PLAINTIFF

v.                                     No. 5:16-cv-379-DPM

JERRY MOORE, Mental Health Supervisor,
Cummins Unit, ADC; APRIL DYANN
GIBSON, Grievance Appeal Advisor,
Cummins Unit, ADC; JEREMY. JONES,
Sergeant, Cummins Unit, ADC; RORY
L. GRFFIN, Deputy Director for Health
& Corr. Services, ADC; WENDY KELLEY,
Director, Arkansas Department of
Correction; STRAUGHN, Warden,
Cummins Unit, ADC; KENNETH D.
STARKS, Captain, Cummins Unit, ADC;
VERNON R. ROBERTSON, Major/CSO Staff,
Cummins Unit, ADC; and BYERS, Warden,
Cummins Unit, ADC                                                                    DEFENDANTS

## JUDGMENT

Watson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

30 May 2017